1 | ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
2 | TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
3 | AKERMAN LLP
1160 Town Center Drive, Suite 330
4 | Las Vegas, NV 89144
Telephone: (702) 634-5000
5 | Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 | Email: tenesa.scaturro@akerman.com

7 | *Attorneys for Plaintiff Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, | Case No.: 2:16-cv-02521-KJD-NJK |
| Plaintiff, | |
| v. | **ORDER TO EXTEND BRIEFING SCHEDULE FOR REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL 1 LLC; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1 LLC, | |
| Counterclaimant, | |
| v. | |
| SELENE FINANCE L.P., a Limited Partnership, | |
| Counter Defendant. | |

Selene Finance L.P., SFR Investment Pool 1, LLC (**SFR**) and The Foothills at MacDonald Ranch Master Association (**HOA**) stipulate as follows:

1.       The parties recently submitted a proposed stipulation to extend the briefing schedule for the pending motions for summary judgment on October 18, 2017. [ECF No. 47]. However, the

43442064;1
43449372;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

parties seek an additional extension.

2.     SFR filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 41]. The parties previously requested that the deadline to respond to SFR's Motion be continued to November 15, 2017.

3.     Selene filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 42]. The parties previously requested that the deadline to respond to Selene's Motion be continued to November 15, 2017.

4.     Sunrise filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 43]. The parties previously requested that the deadline to respond to Sunrise's Motion be continued to November 15, 2017.

5.     The parties previously requested that the deadline to file any replies be continued to November 22, 2017.

6.     The parties hereby stipulate and agree that any replies in support of SFR's Motion [ECF No. 41], Selene's Motion [ECF No. 42] and Sunrise's Motion [ECF No. 43] be filed on or before December 13, 2017.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43442064;1
43449372;1

7.     This is the third request for an extension of these deadlines and is not made for purposes of delay.  The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each opposition.

Dated: November 21, 2017

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No.12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Selene Finance L.P.*

**HALL, JAFFE & CLAYTON, LLP**

*/s/ Ashlie L. Surur*
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendant,*
*Sunrise Highlands Community Association*

**KIM GILBERT EBRON**

*/s/ Jason G. Martinez*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 11/27/2017

43442064;1
43449372;1