ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Sunrise Highlands*
*Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE, L.P., a Limited Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, SUNRISE HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:16-CV-02521-KJD-VCF<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

Sunrise Highlands Community Association (HOA), Selene Finance L.P. (Selene), SFR Investment Pool 1, LLC (SFR) stipulate as follows:

1. SFR filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 41].

2. Selene filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 42].

3. HOA filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 43].

4. The parties previously requested and obtained extensions to file responses to all three motions for summary judgment, because counsel for the HOA, Ms. Surur, was out of the office for the month of October dealing with the sudden and unexpected loss of a family member.

5. Responses to the motions were filed on November 15, 2017.

1

6. The parties then requested two extensions of the reply brief deadline because of the need for more time to address the factual and legal issues raised in the responses. *See* ECF Nos. 53 and 54. The parties tried their best to reasonably account for scheduling conflicts arising from the holiday season. Despite best efforts to comply with the extended reply deadlines, the parties require additional time to meaningfully address to the factual and legal arguments raised in the three responses. The parties agree that they will not seek further extensions of the reply brief deadline absent compelling or extraordinary circumstances. Therefore, there is good cause the grant the parties' requested extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. The parties stipulate and agree that any replies in support of SFR's Motion [ECF No. 41], Selene's Motion [ECF No. 42] and HOA's Motion [ECF No. 43] be filed on or before January 2, 2018.

| Dated: December 20, 2017. | Dated: December 20, 2017. |
|---|---|
| **HALL, JAFFE & CLAYTON, LLP** | **KIM GILBERT EBRON** |
| /s/ Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>Attorney for Defendant,<br>Sunrise Highlands Community Association | /s/ Diana S. Ebron<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Jason G. Martinez, Esq.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |
| Dated: December 20, 2017.<br><br>AKERMAN LLP<br><br>/s/ Tenesa S. Scaturro<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Tenesa S. Scaturro, Esq.<br>1635 Village Center Drive, Suite 200<br>Las Vegas, Nevada 89134<br>Nevada Bar No.12488<br>*Attorneys for Selene Finance L.P.* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 12/28/2017