Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant,
SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE, L.P., a Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:16-cv-02521-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>SELENE FINANCE, L.P., a Limited Partnership,<br><br>Counter-Defendant. | |

SFR Investments Pool 1, LLC ("SFR"), SELENE FINANCE L.P. ("Bank"), and SUNRISE HIGHLANDS COMMUNITY ASSOCIATION ("Sunrise"), by and through their respective counsel of record, hereby stipulate as follows:

- 1 -

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1. The parties recently submitted a proposed stipulation to extend the briefing schedule for any replies to the pending motions for summary judgment on November 21, 2017. [ECF No. 52]. However, the parties seek an additional extension.
2. SFR filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 41].
3. The Bank filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 42].
4. Sunrise filed its Motion for Summary Judgment on September 13, 2017. [ECF No. 43].
5. The parties previously requested that the deadline for any replies be continued to December 13, 2017.
6. The parties hereby stipulate and agree that any replies in support of SFR's Mot. [ECF No. 41], the Bank's Mot. [ECF No. 42] and Sunrise's Mot. [ECF No. 43] be filed on or before December 20, 2017.

…

…

…

7. This is the fourth request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion.

| DATED this 13th day of December, 2017. | DATED this 13th day of December, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| */s/ Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for Defendant/Counterclaimant,*<br>*SFR Investments Pool 1, LLC* | */s/ Tenesa S. Scaturro*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8267<br>Tenesa S. Scaturro, Esq.<br>Nevada Bar No. 12488<br>1635 Village Center Drive, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorney for Plaintiff,*<br>*Selene Finance, L.P.* |
| DATED this 13th day of December, 2017.<br><br>**HALL, JAFFE & CLAYTON, LLP**<br><br>*/s/ Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>Michelle R. Schwarz, Esq.<br>Nevada Bar No. 5127<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Defendant,*<br>*Sunrise Highlands Community Association* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 12/28/2017