ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1 LLC; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION, <br><br> Defendants. <br> SFR INVESTMENTS POOL 1 LLC, <br><br> Counterclaimant, <br><br> v. <br><br> SELENE FINANCE L.P., a Limited Partnership, <br><br> Counter Defendant. | Case No.: 2:16-cv-02521-KJD-NJK <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Selene Finance L.P. (**Selene**), SFR Investment Pool, LLC (**SFR**) and Sunrise Highlands Community Association (**HOA**) by and through their respective counsel of record, hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

. . .

1

49985275;1

**IT IS HEREBY STIPULATED** that all claims are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own fees and costs.

DATED this 30th day of August, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8267<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Selene Finance L.P.* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr. #110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| **HALL JAFFE & CLAYTON, LLP**<br><br>*/s/ Ashlie L. Surur*<br>ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Sunrise Highlands Community Association* | |

## ORDER

**IT IS SO ORDERED.**

DATED: September 2, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-02521-KJD-NJK

49985275;1