ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Selene Finance L.P.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE, L.P., a Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1 LLC; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.:  2:16-cv-02521-KJD-NJK<br><br>**[ORDER TO RELEASE BOND** |
| SFR INVESTMENTS POOL 1 LLC,<br><br>Counterclaimant,<br><br>v.<br><br>SELENE FINANCE L.P.,<br><br>Counter Defendant. | |

SFR Investments Pool 1, LLC demanded plaintiffs Selene Finance, L.P. (**Selene**) post a cost bond pursuant to NRS 18.130(1).  (ECF No. 9.)  The court entered an order directing a $500.00 cash deposit.  (ECF No. 12.)  The cash deposit was subsequently made by Akerman LLP on behalf of Selene.  (ECF No. 13.)  The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ."  NRS 18.130(1).  The Parties reached a settlement agreement and stipulated to dismiss this matter. (ECF No. 64 and 66.) The court granted the stipulation

50140626;1

for dismissal on September 2, 2019.  (ECF No. 67.)  Since no costs may be awarded against plaintiffs and this matter is now concluded, the court will refund the $500.00 deposit plus and applicable interest to Akerman LLP.

IT IS SO ORDERED.

Date: 10/4/2019

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*

**AKERMAN LLP**

*/s/Tenesa S. Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Selene Finance L.P.*

2

50140626;1